UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHALEN K. DEVI,

Plaintiff,

v.

USCIS,

Defendant.

Case No. 2:26-cv-1877-DC-JDP (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 5)

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On September 21, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed September 21, 2026, ECF No. 5, are ADOPTED;
2. This action be DISMISSED without prejudice for failure to prosecute, failure to comply with court orders, and failure to state a claim for the reasons set forth in the

court's July 20, 2026 order, *see* ECF No. 3; and

3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: **October 13, 2026**

Dena Coggins
United States District Judge